**Entered on Docket
February 08, 2010**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
09-77431

Relodge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-54184-gwz |
| Gary William Evans and Rae Kathleen Evans | Date: 01/12/10<br>Time: 10:00 am |
| Debtor(s). | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay in granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as 1240 Russell Way, Sparks, NV 89431.

IT IS SO ORDERED this 8' day of Feb, 2010.

_____
Bankruptcy Judge

Submitted by:
WILDE & ASSOCIATES

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Patricia A. Phair
12 W. Taylor Street
Reno, NV 89509
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
C. Geoffry Wilson
10580 N. McCarran Blvd
Suite 115-332
Reno, NV 89503
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____ The court waived the requirements of LR 9021.
   ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____ No parties appeared or filed written objections, and the trustee is the movant.
   _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:
6
   Debtor's counsel:
7  ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
8  ____ appeared at the hearing, waived the right to review the order
9  ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
11
12
   ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13 counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
   parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 respond, as indicated below.
15
   Debtor's counsel:
16 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
17 ____ appeared at the hearing, waived the right to review the order
18 ____ matter unopposed, did not appear at the hearing, waived the right to review the order
19 Trustee:
20 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
21
22 ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   written objection.
23
24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26